FILED
2003 NOV 12 P 1:05
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE INTERNATIONAL ASSOCIATION OF SHEET METAL WORKERS LOCAL NO. 40 PENSION FUND, HEALTH FUND, SUPPLEMENTAL RETIREMENT FUND, SHEET METAL INDUSTRY APPRENTICE AND TRAINING FUND<br><br>Plaintiffs<br><br>VS.<br><br>DESIGNED AIR FORCE, LLC; TIMOTHY PARADIS; and WILLIAM MASILOTTI<br><br>Defendants | Civil Action No.<br>3:03-CV-170 (JCH)<br><br><br><br><br><br>OCTOBER 31, 2003 |

### STIPULATION OF JUDGMENT

The parties in the above-entitled action hereby stipulate and agree as follows:

1.   Judgment may enter for the Plaintiffs against the Defendants, Designed Air Force, LLC; Timothy Paradis; and William Masilotti in the amount of *$101,791.32*, which includes the following amounts:

| | |
|---|---|
| Contributions | $77,609.58 |
| Interest | $10,962.93 |
| Audit Costs | $ 7,345.00 |
| Attorney' Fees | $ 5,873.81 |
| Total | $101,797.32 |

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

2. Retention in the amount of *$70,000.⁰⁰* for work performed on the Newton School Project will be paid to the Sheet Metal Workers' Local 40 Trust Funds via a joint check from Palmer Brothers, Inc. to Designed Air Force, LLC and the Sheet Metal Workers' Local 40 Trust Funds.

3. Retention in the amount of *$31,791.32* from various jobs performed for Tucker Mechanical, Inc. will be paid to the Sheet Metal Workers' Local 40 Trust Funds via a joint check from Tucker Mechanical Inc. to Designed Air Force, LLC and the Sheet Metal Workers' Local 40 Trust Funds.

4. It is further agreed that no execution or filing of judgment liens will be made on the Defendants if the Defendants make the payments identified in Paragraphs 2 and 3 above within one hundred twenty (120) days of October 31, 2003. In the event payment is not received within one hundred twenty (120) days, the undersigned counsel agree to meet to determine when payment will be made, prior to execution on the judgment.

5. The Plaintiffs agree to provide written notice to the Defendants and counsel for the Defendants if payment is not received by the due date.

6. Plaintiffs agree that there shall be no penalties (liquidated damages) if the Defendants comply with the terms and conditions of the instant Stipulation of Judgment.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

7. When all payments are made, a Satisfaction of Judgment will be provided to each of the Defendants.

| THE DEFENDANTS | THE PLAINTIFFS |
|---|---|
| By: *(signature)* <br> David A. Ryan, Jr., Esq. <br> RYAN & RYAN, LLC <br> The James English Building <br> 105 Court Street, Suite 303 <br> New Haven, CT 06511 <br> Tel. No. (203) 752-9794 <br> Federal Bar No. ct 05064 | By: *(signature)* <br> Thomas M. Brockett, Esq. <br> ROBERT M. CHEVERIE & <br> ASSOCIATES, P.C. <br> 333 East River Drive, Suite 101 <br> East Hartford, CT 06108-4203 <br> Tel. No. (860) 290-9610 <br> Federal Bar No. ct 10873 |

## CERTIFICATION

I hereby certify that a true copy of the above document was mailed, first class and postage prepaid, this 10th day of November 2003, to the following:

David A. Ryan, Jr., Esq.
RYAN & RYAN, LLC
The James English Building
105 Court Street, Suite 303
New Haven, CT 06511

_____
THOMAS M. BROCKETT, ESQ.

TMB.SHEET METAL 40.DESIGNED AIR FORCE.2003
Stipulation of Judgment.10-31-03