FILED
2003 NOV 12 P 1:05
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE INTERNATIONAL ASSOCIATION OF SHEET METAL WORKERS LOCAL NO. 40 PENSION FUND, HEALTH FUND, SUPPLEMENTAL RETIREMENT FUND, SHEET METAL INDUSTRY APPRENTICE AND TRAINING FUND<br><br>Plaintiffs<br><br>VS.<br><br>DESIGNED AIR FORCE, LLC; TIMOTHY PARADIS; and WILLIAM MASILOTTI<br><br>Defendants | Civil Action No.<br>3:03-CV-170 (JCH)<br><br><br><br><br>OCTOBER 31, 2003 |

## STIPULATION OF JUDGMENT

The parties in the above-entitled action hereby stipulate and agree as follows:

1. Judgment may enter for the Plaintiffs against the Defendants, Designed Air Force, LLC; Timothy Paradis; and William Masilotti in the amount of *$101,791.32*, which includes the following amounts:

| | |
|---|---|
| Contributions | $77,609.58 |
| Interest | $10,962.93 |
| Audit Costs | $ 7,345.00 |
| Attorney' Fees | $ 5,873.81 |
| Total | $101,797.32 |

1
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719