UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE INTERNATIONAL ASSOCIATION OF SHEET METAL WORKERS LOCAL NO. 40 PENSION FUND, HEALTH FUND, SUPPLEMENTAL RETIREMENT FUND, SHEET METAL INDUSTRY APPRENTICE AND TRAINING FUND | 3:03cv170JCH |

V

DESIGNED AIR FORCE, LLC., TIMOTHY PARADIS, and WILLIAM MASILOTTI

## JUDGMENT

      This case came on for consideration before the Honorable Janet C. Hall, United States District Judge on the stipulation of judgment. The court has reviewed all of the papers filed in conjunction with the stipulation and on November 20, 2003, the stipulation was So Ordered.

      It is therefore ORDERED and ADJUDGED that judgment shall enter in favor of the plaintiffs, Trustees of the International Association of Sheet Metal Workers Local No. 40 Pension Fund, Health Fund, Supplemental Retirement Fund, Sheet Metal Industry Apprentice and Training Fund, against all defendants, in the amount of $101,791.32, pursuant to the terms of the Stipulation.

      Dated at Bridgeport, Connecticut, this 8th day of January, 2004.

      KEVIN F. ROWE, CLERK

      By /s/ Catherine Boroskey
      Deputy Clerk